Harvey E. Byron State Bar #28302
Attorney at Law
14401 Sylvan St. Suite 112
Van Nuys, CA  91401
(818) 904-9911
FAX:(818) 904-9133

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    vs.<br>SAMY GIRGIS<br>SOHEIR GIRGIS<br><br>    Defendant. | Case No.: 2:10-0259 JAM<br><br>**STIPULATION AND PROPOSED ORDER** |

**IT IS HEREBY STIPULATED** between Counsel for the USA and Counsel for defendants Samy Girgis and Soheir Girgis in the above entitled case, as follows:.

1. A trust deed in the amount of $100,000 in favor of the U.S District Court, for the property located at 12003 Dollison Dr., Norwalk CA 90650, was recorded to secure the release of Samy Girgis.

2. A trust deed in the amount of $100,000 in favor of the U.S District Court, recorded to secure the release of Soheir Girgis.

3. The property which is the subject of these trust deeds is in escrow with the for the property located at 12003 Dollison Dr., Norwalk CA 90650, was State of California as buyer via the right of eminent domain.

4. The trust deeds shall be reconveyed and returned to the trustor Andrew Girgis forthwith.

5. In place and instead of the these trust deeds, Andrew Girgis, son of the defendants, and Michael Girgis shall sign as personal sureties on the bail of both Samy and Soheir Girgis.

6. The undersign representative of the government enters into this stipulation based solely on defendants' representations that the matters stated above are true and correct.

DATED: 7/20/2011          /s/
                          Asst. U.S Attorney


DATED: 7/20/2011          /s/
                          HARVEY E. BYRON
                          Counselor for Samy Girgis


DATED: 7/20/2011          /s/
                          ROBERT HELFEND
                          Counselor for Soheir Girgis

IT IS SO ORDERED:


DATE: 7/22/2011           /s/ John A. Mendez
                          U.S. DISTRICT COURT JUDGE